James M. THOMPSON, et al.,
Plaintiffs–Appellees,

v.

COMMONWEALTH OF KENTUCKY,
DEPARTMENT OF CORRECTIONS,
et al., Defendants–Appellants.

No. 86–5836.

United States Court of Appeals,
Sixth Circuit.

Aug. 17, 1989.

David A. Sexton, Linda G. Cooper, and Barbara W. Jones, Corrections Cabinet, Office of Gen. Counsel, Frankfort, Ky., for defendants-appellants.

Joseph S. Elder and Robert A. Lee, Louisville, Ky., for plaintiffs-appellees.

ORDER

Before MERRITT, MARTIN and WELLFORD, Circuit Judges.

It is hereby ordered that the judgment of this Court, 833 F.2d 614, is vacated and the case is remanded to the United States District Court for the Western District of Kentucky for proceedings in conformity with the opinion of the Supreme Court.

Jeffrey Harold NEHER,
Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent–Appellee.

No. 86–1275.

United States Court of Appeals,
Sixth Circuit.

Aug. 18, 1989.

Eric M. Lieberman, Leonard B. Boudin, Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., New York City, Michael J. Graetz, argued, New Haven Conn., for petitioner-appellant.

Fred T. Goldberg, Chief Counsel, Jean Owens, I.R.S., Michael L. Paup (Lead Counsel), Roger M. Olsen, Tax Div., Dept. of Justice, Washington, D.C., Robert S. Pomerance, David M. Moore, argued, Gary R. Allen, William S. Rose, Jr., for respondent-appellee.

Lee Boothby, Berrien Springs, Mich., for Americans United Separation Church, amicus curiae.

Before JONES, WELLFORD and BOGGS, Circuit Judges.

On June 5, 1989, the Supreme Court rendered its decision in *Hernandez v. Commissioner*, —— U.S. ——, 109 S.Ct. 2136, 104 L.Ed.2d 766 (1989). In light of *Hernandez*, we accordingly grant the Respondent's petition for rehearing, deny the Petitioner's motion for remand, vacate our prior decision in *Neher v. Commissioner*, 852 F.2d 848 (6th Cir.1988), and affirm the Tax Court's decision denying Neher's federal tax deductions.